IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN TERRELL TATUM, | No. C 08-3680 WHA (PR) |
| Petitioner, | **ORDER FOR PETITIONER TO SHOW CAUSE** |
| vs. | |
| ROBERT HOREL, Warden, | |
| Respondent. | |

This is a habeas case filed pro se by a state prisoner. He seeks to challenge a rules violation conviction which resulted in his being placed in the Security Housing Unit.

Habeas is the proper form of action only if success would implicate the fact of or duration of petitioner's confinement, so it may be that this claim is not properly the subject of a habeas action. *See Moran v. Sondalle*, 218 F.3d 647, 650-52 (7th Cir. 2000); *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (civil rights action is proper method of challenging conditions of confinement); *Crawford v. Bell*, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979) (affirming dismissal of habeas petition on basis that challenges to terms and conditions of confinement must be brought in civil rights complaint).

Attachments to the petition show that because state procedural time requirements were not met, petitioner suffered no loss of good time as a result of the conviction. It thus may be that the rules violation conviction will not have any effect on the length of petitioner's incarceration.

1    Petitioner shall show cause within thirty days of the date this order is entered why the
2    case should not be dismissed as not properly brought in habeas.
3    **IT IS SO ORDERED.**

5    Dated: August ___8___, 2008.

   WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

28   G:\PRO-SE\WHA\CR.08\TATUM3680.OSC-P.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN TERRELL TATUM, | Case Number: CV08-03680 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT HOREL Warden, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Irvin Terrell Tatum E20208
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: August 11, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk